No. 3336.—CERDÁ, APDO., *v.* SANTIAGO ET AL., APLTES.—C. D. Ponce. Dominio. Mayo 20, 1924. Desestimado el recurso a instancia del apelado por no haberse presentado el

récord taquigráfico ni archivado la exposición del caso a pesar de la prórroga concedida.